William D. Hyslop
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 13 2019

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 1:19-CR-2055-SMJ |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | 18 U.S.C. §§ 1153, 1112<br>Crime on Indian Reservation<br>Involuntary Manslaughter<br>(Counts 1 - 4) |
| LELAND JAMES FINLEY, | |
| Defendant. | 18 U.S.C. §§ 1153, 113(a)(6)<br>Crime on Indian Reservation<br>Assault Resulting in Serious Bodily Injury.<br>(Count 5) |

The Grand Jury charges:

COUNT 1

On or about May 7, 2019, in the Eastern District of Washington, within the exterior boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, LELAND JAMES FINLEY, an Indian, unlawfully killed F.N.,

INDICTMENT                                    1

while in the commission of an unlawful act not amounting to a felony, that is: 1) while operating a motor vehicle while under the influence of alcohol, marijuana, and cocaine contrary to WASH. REV. CODE § 46.61.502; and 2) by operating a vehicle in willful and wanton disregard for the safety of persons and property contrary to Wash. Rev. Code § 46.61.500; in that LELAND JAMES FINLEY operated a motor vehicle without due caution and circumspection and with a wanton and reckless disregard of human life, and knew that his conduct imperiled the lives of others and had knowledge of such circumstances as could reasonably be said to have made foreseeable to him the peril for which his acts might subject others, all in violation of 18 U.S.C. §§ 1153, 1112.

COUNT 2

On or about May 7, 2019, in the Eastern District of Washington, within the exterior boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, LELAND JAMES FINLEY, an Indian, unlawfully killed M.B., while in the commission of an unlawful act not amounting to a felony, that is: 1) while operating a motor vehicle while under the influence of alcohol, marijuana, and cocaine contrary to WASH. REV. CODE § 46.61.502; and 2) by operating a vehicle in willful and wanton disregard for the safety of persons and property contrary to Wash. Rev. Code § 46.61.500; in that LELAND JAMES FINLEY operated a motor vehicle without due caution and circumspection and with a

INDICTMENT                                    2

wanton and reckless disregard of human life, and knew that his conduct imperiled the lives of others and had knowledge of such circumstances as could reasonably be said to have made foreseeable to him the peril for which his acts might subject others, all in violation of 18 U.S.C. §§ 1153, 1112.

## COUNT 3

On or about May 7, 2019, in the Eastern District of Washington, within the exterior boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, LELAND JAMES FINLEY, an Indian, unlawfully killed S.B., while in the commission of an unlawful act not amounting to a felony, that is: 1) while operating a motor vehicle while under the influence of alcohol, marijuana, and cocaine contrary to WASH. REV. CODE § 46.61.502; and 2) by operating a vehicle in willful and wanton disregard for the safety of persons and property contrary to Wash. Rev. Code § 46.61.500; in that LELAND JAMES FINLEY operated a motor vehicle without due caution and circumspection and with a wanton and reckless disregard of human life, and knew that his conduct imperiled the lives of others and had knowledge of such circumstances as could reasonably be said to have made foreseeable to him the peril for which his acts might subject others, all in violation of 18 U.S.C. §§ 1153, 1112.

## COUNT 4

On or about May 7, 2019, in the Eastern District of Washington, within the exterior boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, LELAND JAMES FINLEY, an Indian, unlawfully killed M.U., while in the commission of an unlawful act not amounting to a felony, that is: 1) while operating a motor vehicle while under the influence of alcohol, marijuana, and cocaine contrary to WASH. REV. CODE § 46.61.502; and 2) by operating a vehicle in willful and wanton disregard for the safety of persons and property contrary to Wash. Rev. Code § 46.61.500; in that LELAND JAMES FINLEY operated a motor vehicle without due caution and circumspection and with a wanton and reckless disregard of human life, and knew that his conduct imperiled the lives of others and had knowledge of such circumstances as could reasonably be said to have made foreseeable to him the peril for which his acts might subject others, all in violation of 18 U.S.C. §§ 1153, 1112.

## COUNT 5

On or about May 7, 2019, in the Eastern District of Washington, within the exterior boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, LELAND JAMES FINLEY, an Indian, willfully assaulted John Doe 2 (EA), resulting in serious bodily injury, by driving a vehicle while under the influence of or affected by intoxicating liquor, marijuana, or any drug and by

INDICTMENT 4

driving a vehicle in willful or wanton disregard for the safety of persons or property, all in violation of 18 U.S.C. §§ 1153, 113(a)(6).

DATED: November 13, 2019.

A TRUE BILL

_____
Foreperson

William D. Hyslop
United States Attorney

*[signature]*
_____
Thomas J. Hanlon
Supervisory Assistant United States Attorney

*[signature]*
_____
Michael D. Murphy
Assistant United States Attorney

INDICTMENT                                5