# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 27, 2020

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Finley, Leland James | Docket No. | 0980 1:19CR02055-SMJ-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

     COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Leland James Finley, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 21st day of February 2020, under the following conditions:

**Special Condition #7**: Defendant shall obtain a portable Breathalyzer and be subject to testing up to six times per day. Defendant is responsible for the cost of the device.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Mr. Finley is alleged of being in violation of his pretrial release conditions by failing to submit to his portable Breathalyzer testing as required on May 19 and May 25, 2020.

Conditions of pretrial release were reviewed and signed by Mr. Finley on February 24, 2020, acknowledging an understanding of his pretrial release conditions including special condition number 7.

On May 19, 2020, this officer received a report via email from Smart Start, the portable Breathalzyer testing program Mr. Finley is under, reflecting he failed to submit to his required test as scheduled between 5 a.m. and 8 a.m. This officer made contact with Mr. Finley via text message asking why he missed his Breathalzyer test. Mr. Finley texted this officer the following: "I need you to understand I am not a perfect person and I told you I am not a morning person," Mr. Finley stated he needs rest and stated he went to the hospital as he had a fever. He advised he knew he had to take his Breathalyzer; however, he did not. Mr. Finley did not submit another test until 10:17 a.m.

Due to Mr. Finley having difficulty taking his test between 5 a.m. and 8 a.m., this officer changed his testing window to 8 a.m., allowing him to test between 8 a.m. and 8:15 a.m. This would provide Mr. Finley 2 extra hours of rest, rather than his device going off randomly between the hours of 5 a.m. and 8 a.m. Mr. Finley and his attorney were advised and agreed to this change. The schedule is also visible on the Smart Start machine.

On May 25, 2020, this office received another notification that Mr. Finley failed to submit to his portable Breathalzyer testing between 8 a.m. and 8:15 a.m. This officer made contact with Mr. Finley via text message asking why he missed his Breathalzyer test. Mr. Finley stated "the machine has been acting up when I am trying to make funeral arrangements and it's going off randomly." Mr. Finley also stated 8 a.m. to 8:15 a.m. is too short of a testing time frame; he's been doing "manual labor" and he "fell asleep." Mr. Finley did not submit another test until 11:40 a.m. It should be noted, when a test is missed, defendants are advised to submit a makeup test immediately.

On May 26, 2020, this officer contacted Smart Start and spoke with the Court Liaison regarding Mr. Finley's statement of it "going off randomly and acting up." Per the Court Liaison, she reviewed Mr. Finley's reports and advised she did not observe any machine errors.

The Smart Start Court Liaison also stated the following surrounding testing windows and recommendations: "Alcohol dissipates at an average rate of 0.015/hour. I honestly like 5-6 test windows on a moderate risk person, so testing about every 3-4 hours. Then the decision on sleeping hours? Test windows can be programmed at night, or some test up to 2am for people they fear are drinking after their last test of the night. The device often catches residual alcohol the next morning

because they can't stop drinking.  I recommend keeping the morning window early and a 30-60 minute window and same at the end of day, for a higher risk person or someone who may be trying to beat the system."

PRAYING THAT THE COURT WILL ORDER A SUMMONS AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: May 27, 2020 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]  Defendant to appear before the Judge assigned to the case
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_m. k. Dimke_

Signature of Judicial Officer

5/27/2020

Date