PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 03, 2020

SEAN F. McAVOY, CLERK

U.S.A. vs.             Finley, Leland James             Docket No.     0980 1:19CR02055-SMJ-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Leland James Finley, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 21st day of February 2020, under the following conditions:

**Special Condition #7**: Defendant shall obtain a portable Breathalyzer and be subject to testing up to six times per day. Defendant is responsible for the cost of the device.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #2**: Mr. Finley is alleged of being in violation of his pretrial release conditions by failing to submit to his portable Breathalyzer testing as required on June 2, 2020, as scheduled between 7 a.m. and 8 a.m.

Conditions of pretrial release were reviewed and signed by Mr. Finley on February 24, 2020, acknowledging an understanding of his pretrial release conditions including special condition number 7.

On June 2, 2020, this officer received a report via email from Smart Start, the portable Breathalzyer testing program Mr. Finley is under, reflecting he failed to submit to his required test as scheduled between 7 a.m. and 8 a.m.  This officer made contact with Mr. Finley via text message asking why he missed his Breathalzyer test.  Mr. Finley texted this officer stating he overslept as he started a sleep medicine trial. This officer asked Mr. Finely if he was starting this process on his own or if he was going through a doctor.  Mr. Finley advised he "does not like going to doctors" and he is doing the sleep medicine trial on his own by taking Advil PM.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE ALLEGATION WITH THE PENDING PETITION BEFORE THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:      June 3, 2020

by      s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

PS-8

**Re: Finley, Leland James**
**June 3, 2020**
**Page 2**

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

6/3/2020
_____
Date