# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2020

SEAN F. McAVOY, CLERK

U.S.A. vs.          Finley, Leland James          Docket No.    0980 1:19CR02055-SMJ-1

### Petition for Action on Conditions of Pretrial Release

  COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Leland James Finley, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington on the 21st day of February 2020, under the following conditions:

**Special Condition #7**: Defendant shall obtain a portable Breathalyzer and be subject to testing up to six times per day. Defendant is responsible for the cost of the device.

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Mr. Finley is alleged being in violation of his pretrial release conditions by failing to submit to his portable Breathalyzer testing as required on July 18, 2020.

Conditions of pretrial release were reviewed and signed by Mr. Finley on February 24, 2020, acknowledging an understanding of his pretrial release conditions including special condition number 7.

On July 18, 2020, this officer received a report via email from Smart Start, the portable Breathalyzer testing program Mr. Finley is under, reflecting he skipped his required random test for this date which was at 8 p.m. He did not submit a make up test. He submitted his next test as required at 10:01 p.m. On July 20, 2020, this officer made contact with Mr. Finley via text message asking why he missed his Breathalyzer test on July 18, 2020. Mr. Finley texted this officer the following: "was fumigating the house that day, asked my cousin to grab the case before leaving be he didn't, was setting out the foggers, didn't know until after setting them out."

  PRAYING THAT THE COURT WILL ORDER A SUMMONS AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:   July 21, 2020 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

PS-8
Re: Finley, Leland James
July 21, 2020
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M. K. Dimke

Signature of Judicial Officer

7/23/2020

Date