UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2020

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Finley, Leland James | Docket No. | 0980 1:19CR02055-SMJ-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Leland James Finley, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the court at Yakima, Washington, on the 21st day of February 2020, under the following conditions:

Special Condition #2  on release order dated June 9, 2020: Defendant shall submit to a mental health evaluation, or if he has already done so, shall reengage in any recommended mental health treatment pending the revocation hearing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #2:** Mr. Finley is alleged being in violation of his pretrial release conditions by failing to attend his mental health, Seeking Safety group at Merit Resource Services on July 20, 2020, and missing his individual mental health appointment on July 21, 2020.

During a violation hearing held before Your Honor on June 9, 2020, Mr. Finley's pretrial release conditions were modified to include he enter into and complete mental health treatment. He verbally acknowledged an understanding of additional special condition number 2 imposed this date.

On July 22, 2020, this officer was contacted via telephone by Mr. Finley's mental health therapist with Merit Resource Services advising Mr. Finley was a no show, no call for his mental health Seeking Safety group on July 20, 2020, and his individual session with her on July 21, 2020. She advised Mr. Finley's individual session was scheduled the prior week for July 21, 2020. She stated she has attempted to reach out to Mr. Finley; however, as of this date, he has not responded.

On July 22, 2020, this officer called and left Mr. Finley a voice message and sent him a text message asking why he missed his mental health group. Mr. Finley texted the following: "I didn't go cause I was irritated I can't go to the mountains." He further texted: "When I am in a bad mood, I shut out the whole world, I put my phone in airplane mode, and just went to sleep. I didn't want nothing to do with anyone or anything."

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE ALLEGATION WITH THE PENDING PETITION BEFORE THE COURT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:    July 23, 2020 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the c
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

7/23/2020
_____
Date