# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>-vs-<br><br>LELAND JAMES FINLEY,<br><br>                              Defendant. | Case No.    1:19-CR-02055-SMJ-1<br>**CRIMINAL MINUTES**<br><br>DATE:    MAY 31, 2022<br>LOCATION:    RICHLAND<br><br>**SENTENCING HEARING** |

| Hon. Salvador Mendoza, Jr. | | |
|:---:|:---:|:---:|
| Nicole Cruz | 02 | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Michael Murphy | | Craig Webster |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:**   Jennifer Dykstra -via video conference | | |

[X] Open Court        [ ] Chambers        [ ] Teleconference

Defendant present, in custody of the US Marshal.

Argument by Mr. Webster in support of Defendant's Objections to Presentence Investigation Report (ECF 110).

**Court**: Defendant's objections to the Presentence Investigation Report (ECF110) are **DENIED AS MOOT IN PART** and **DENIED IN PART**.

Mr. Murphy reads statement on behalf of the victim.

Argument and recommendation by Mr. Murphy; argument and recommendation by Mr. Webster.

Defendant addresses the Court on his own behalf.

The Court accepts Presentence Investigation Report as submitted.

**Imprisonment:**      57 months on Counts 1-5 to run concurrent with each other.

Defendant shall receive credit for time served in federal custody prior to sentencing in this matter.

Court recommends placement at FCI Sheridan, Oregon.

# [X] ORDER FORTHCOMING

| **Convened:** 10:58 a.m. | **Adjourned:** 11:41 a.m. | **Time:** 0:43 hr. | **Calendared** [ ] |
|---|---|---|---|

*USA -vs-* Leland James Finley  May 31, 2022
1:19-CR-062055-SMJ-1  Page 2
Sentencing Hearing

**Supervised Release:**     3 years on standard and mandatory conditions, and the following special conditions:

1. You must not communicate, associate, or otherwise interact, with any known criminal street gang member or their affiliates, without first obtaining the permission of the probation officer.

2. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

3. You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

4. You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Fine:**                              Waived
**Special Penalty Assessment:**        $500

Appeal rights waived pursuant to the Plea Agreement previously executed by the defendant and filed.

Mr. Webster orally moves for the Defendant to self-report.

**Court:** motion is **DENIED**; Defendant is remanded to the custody of the US Marshal.